IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DANA GILINSKY, an individual, | Case No. 1:23-cv-01405-CL |
| Plaintiff, | JUDGMENT |
| v. | |
| ASANTE, dba ASANTE HEALTH SYSTEM, a corporation, | |
| Defendant. | |

MCSHANE, Judge:

    Based on the record, Judgment for Defendant.

    IT IS SO ORDERED.

    DATED this 31st day of July 2025.

                                              _____s/Michael J. McShane\_\_\_\_
                                                      Michael McShane
                                          United States District Judge